IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA ))))

v.

ANTHONY GEORGE RUGGIERO,
Defendant.

Criminal Case No. 4:24cr39 (RCY)

## ORDER

On December 4, 2025, the Court ordered Betty Jo Ridout to appear before the Court on January 13, 2026, to show cause why the Court should not hold her in contempt for failing to appear for jury service in this case on November 17, 2025.

For the reasons stated from the bench at the January 13, 2026, hearing, the Court finds Betty Jo Ridout in CIVIL CONTEMPT. The Court FINES Betty Jo Ridout $100.00, payable to the Clerk of the United States District Court for the Eastern District of Virginia. Betty Ridout shall remit payment by ___April 13, 2026___.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ _____
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: January 13, 2026