

DEFENDANT'S
EXHIBIT

**E**

Daiyanti Sundaralingam

████████████████

████████████████

Gloucester VA 23061

████████████

United States District Judge

Re : Character Reference for Anthony G. Ruggiero

Honorable Roderick C. Young,

My name is Daiyanti Sundaralingam. I am writing this letter to provide a character reference for Anthony G. Ruggiero. I have been Mr. Ruggiero's spouse since 2011. I am a mother to our 14-year-old child and currently an LPN at the local county hospital in Gloucester. I have known Mr. Ruggiero since 2009 and have lived with him since 2013.

I understand the serious charges against Mr. Ruggiero and the possibility of severe penalties. I am writing this letter to provide a character reference to the court in the hopes that the court will consider a sentence that will promote rehabilitation and Mr. Ruggiero's potential return as a contributing member of society.

Mr. Ruggiero has been a loving father who is supportive of our child's interests as well as health issues. He has attended many games, concerts, and tournaments. He actively searched for resources for our child's health issues and drove them to their appointments regularly. Although we have had issues in our marriage, he has always been a good friend. He was responsible and always took care of our child and me. He encouraged me to pursue my dreams of being a nurse and did not expect me to work while attending school. Mr. Ruggiero has been fully supportive of my journey to obtain a degree in nursing. During the past 4 years, he has picked up many caregiver roles that has allowed me to sufficiently prepare for classes and attend clinicals. I did not have to worry about missed clinic appointments, our child's after-school activities, math homework, farm chores, etc. He also personally took care of our vehicle and property maintenance.

Mr. Ruggiero was the main breadwinner and has financially supported our family through many years of service in the Army. His absence as the main breadwinner has had a great impact on finances as we are now relying on my part-time income while I am completing my nursing degree. We have had to ask for financial and physical assistance

from family members temporarily. His pending discharge from the military will also have an effect on our insurance status which we rely heavily on for our child's health issues. The loss of insurance coverage would be detrimental in so many ways. Mr. Ruggiero's absence has also significantly impacted our child's mental health, behavior and grades negatively. Our child is hesitant to speak to others about Mr. Ruggiero, as they are afraid of being bullied again. They are no longer motivated to perform well in school and have frequent behavioral outbursts in school. This disturbance also affects my attendance in class and work.

Mr. Ruggiero is a polite and respectful person when interacting with others. He is always willing to extend a hand to a friend or a stranger. He is dependable and contributes to the community as much as he possibly can. There have been numerous instances of him helping friends and strangers. For example, he has helped an acquaintance tow a vehicle from the side of the road to their house, fixed the neighbor's vehicles, and replaced a friend's old tires on their car without expecting a dime for his time or labor.

Mr. Ruggiero has stated that he would like to be a better person, father, and husband. He has stated that he would like to be given the opportunity to be a constructive member of society rather than be locked away and unable to contribute to his family and society.

It is my sincere hope that the court will consider a sentence that promotes rehabilitation. I believe that Mr. Anthony G. Ruggiero will view this situation as an opportunity for personal growth and with the right guidance, he can still be a constructive member of society. Thank you for taking the time to consider this letter of character reference.

Yours sincerely,

Daiyanti Sundaralingam