

DEFENDANT'S
EXHIBIT

**F**



United States District Judge

Re : Character Reference for Anthony G. Ruggiero

Honorable Roderick C. Young,

My name is █████ R█████ and I am writing this letter to express my support for Mr. Anthony Ruggiero. I am Mr. Ruggiero's child and am 14 years old. I have known my dad my whole life. I never saw him as criminal and he never seemed like the type to break the law.

My dad is a good father, he buys me things, takes me places and even let me have one of his old cars when I am old enough. He was always so hardworking, he would go to work at 5am and came home around 6pm. Full shifts must be hard and tiring, but he worked so we could have money to do nice things like four-wheeler training and racing. He got a little angry sometimes, but he was just having a rough day. I know he cares about me a lot because he got professional help for me when I started having behavioral health issues and always tried his best to keep me safe.

My dad always wanted to be able to retire from the army because it was stressful and he was close to retirement before he was taken away from us. He never told me anything that troubled him or expressed how he felt, but I know it is important to him to be able to be there for me. He always wanted to go to my events, from karate lessons to basketball games and concerts.  He always wants to be included in my life and I know it would mean the world if he could attend my graduation. People thought that he was a cool guy and I was lucky to have a lenient father. He had many friends that used to come to him for help all the time but ever since he was taken into custody, many people left. A handful of close friends stayed and helped my family.

I really miss my dad and want him back. I wish things could go back to normal, to before all of this happened. It saddens me that he is away from our family. It would make me happier to know if he could have a shortened sentence or even be released. Thank you for taking the time to read my letter.

Sincerely,

