DEFENDANT'S
EXHIBIT

N
_____

**To:** Honorable Roderick C. Young, United States District Judge

**Mailed to:** Carolyn V. Grady / Lauren P. Whitley, Asst. Public Defenders Office of the Federal Public Defender 701 E. Broad Street, Suite 3600 Richmond, Virginia 23219

**Re:** Character witness for Anthony G. Ruggiero

February 17, 2026

Dear Honorable Young,

My name is Donielle O'Connor. I have known Anthony Ruggiero since 1999, when we were both teenagers growing up in the small town of Coupeville, Washington, on Whidbey Island. Over 27 years, Tony has been one of my closest friends, someone I consider a brother. I am a Clinical Research Director overseeing neurosciences and heart & vascular sciences for a five-hospital system across Puget Sound, and I previously practiced as a licensed mental health therapist. I write to share my knowledge of Tony's character and to respectfully ask the Court to consider facility placement that would best support his rehabilitation and access for his family.

Tony and I became close as teenagers during a difficult period in both our lives. Throughout our friendship, he has consistently demonstrated generosity, loyalty, and a deep orientation toward caring for others. He made gifts for classmates in shop class and spent his earnings on meals for friends. Tony was kind, patient, nerdy, outdoorsy and loved to laugh. I felt safe when I was with him, knowing that he cared for my wellbeing both physically and emotionally.

It was exciting for me to see Tony go off to college, and I wish I could say I was surprised when he got kicked out. Every example I can think of, of Tony doing something without thinking of the consequences, is about being cared for. Tony knew right from wrong, wise from stupid, but all that went out the window when a friend needed him, something he was saving for = money spent, an important goal = thrown aside, laws his would normally follow = a brain tugged by his highest need, nothing more valuable to him, than to be cared for. Whether it was a pickup from a remote location, physical labor, or a listening ear, Tony was quick to drop everything for those who cared about him and those he cared about. This scenario repeated itself many times throughout the years, causing multiple challenging circumstances. As I went off to college, then graduate school, our lives became more and more different, and sometimes we would go several months without talking, but then, when we did talk, we picked up right where we left off.

Tony sees the world through lenses of caring, whether it be carrying bags for a stranger, or purchasing food for a homeless person, Tony is generous with his time, money, labor, and love. As kids, I told Tony to be more careful with his heart and generous spirit, knowing well that he would not be. Throughout his life, Tony has been unable to decline care and affection, in whatever shape or form it came in, whether it was the kind comments of a teacher that carried him for a week, the chit chat with a checker at the country store, or a girl for whom he knew he was just a fling, but for whom he deeply cared for, I saw these interactions fuel Tony, as if they were what sustained him, and when absent, how he struggled. I thought he might outgrow his sense of self-worth being so deeply tied to the regard of others, yet I have watched this pattern across decades. Tony always struck me as someone who *needed* attention, not just wanted it, it felt as if any loving attention (friendship or otherwise) was soaked up immediately as if he needed it to survive. I share this not to shift responsibility, but because I believe it is relevant to understanding what structure and treatment Tony needs to rehabilitate.

1

Tony served in the military for years, not because it suited him (he planned to leave many times), but because it provided stability for his wife, Daiyanti, or as I call her, D, and his ███ ██████████████. He wrote letters during deployments, maintaining relationships across distance and time. Tony and D traveled to Washington many times over the years, and a few years ago with █████ as well. Last summer, █████ stayed with my fiancé and I for a week. In the Fall of 2024, Tony believed he might be taken back into custody soon, so my fiancé and I made the multi-leg trip to Virginia on short notice, staying just 2.5 days. █████ asked why we would come for such a short visit, Tony told him, "because that's what friends do when you need them." Tony has never hesitated to show up for the people in his life. I am grateful to have had that time with Tony, D, and ██████, and for my fiancé to meet Tony.

As a woman, an aunt to four girls, and hopefully, a future mother, this situation has been very hard to process. I have had many varied feelings, and I have shared them directly with Tony. I have experienced significant grief — not only for Tony, but for his family, and for the victim. I was devastated to hear her life was lost. I do not minimize what Tony has been convicted of, and I believe accountability and treatment are essential.

Since his arrest, Tony has demonstrated a commitment to that accountability. He has been reading many books, taking classes, refreshing his knowledge and skills in helpful areas. He also plans to try to take the same subjects as his son, so he can help him with his schoolwork. These actions reflect the Tony I have known for 27 years, someone who finds meaning in being of service and is capable of self growth. A good example of this is as reality set in post arrest, Tony became focused on what D and █████ needed- which was money, home organization, a legal plan, etc. Tony's wife and son depend on him, both emotionally and materially. He has been working to preserve his military benefits so that he can continue to provide for D and ██████ even during incarceration. █████ is a young boy who needs his father to be reachable. I respectfully ask the Court to consider placing Tony at the Federal Correctional Complex in Petersburg, Virginia that offers specific programs and treatment, and may be safer for Tony than a general population prison. Proximity to his family would allow D and █████ to maintain their bond with Tony, which I believe is critical to █████ wellbeing and to Tony's long-term rehabilitation. I fear that placement in a facility without specialized care could diminish his capacity for rehabilitation over time, and risk him becoming a victim of violence. I will also continue to support D and ██████ — staying present in their lives.

When I talk to Tony, I tell him I love him. I tell him my other feelings too- hurt, angry, sad and more. I remind him that good people can do bad things. He tells me what books his reading, and asks for pictures of the outside world- I sent him our family's thanksgiving photo and he was pleased. As Tony's lifelong friend, I am writing this letter hoping to convey the impact of growing up being loved, and loved enough- hopefully, loved unconditionally, by more than a person or two. There have been many times in my life in which I greatly depended on the unconditional love of Tony, my siblings, my mother. Tony has had far fewer people to rely upon. I will continue to be someone he can rely upon, and continue to hold multiple feelings about where his actions have taken him in life, and I will continue to love and care for my friend, who is more like my brother, and holding him accountable *because* I love him.

Thank you for your time and consideration,

Donielle M.S. O'Connor

2